**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Allison Brooke Lundgren−Abid
Hakim Abid

Case No: 09−40793 − RJK

Debtor(s)                                          Chapter 7 Case

# NOTICE TO CREDITORS: DISCHARGE REVOKED

TO: All creditors and other parties in interest:

The discharge of the above−named debtor(s) entered on 05/13/2009 has been revoked by order or judgment entered and filed on 11/04/2013 .

Dated: 11/4/13                          Lori Vosejpka
                                        Clerk, United States Bankruptcy Court


                                        By: grace
                                        Deputy Clerk


**mnbntrev** 03/03/2005 − kb